Robert R. Berk, Bar #010162
Donald L. Myles, Jr., Bar #007464
Sonia Nayeri, Bar #023729
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7818
rberk@jshfirm.com
dmyles@jshfirm.com
snayeri@jshfirm.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER PI0545075009,<br><br>Plaintiff,<br><br>v.<br><br>PAYSON PREMIER, LLC d/b/a/ Rim Country Health & Retirement Community,<br><br>Defendant. | NO. CV 07-1956-PHX-EHC<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO: PAYSON PREMIER, LLC, d/b/a Rim Country Health & Retirement Community and their Attorneys of Record**

Please take notice that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party to bear their own costs and attorney's fees.

1855730.1

DATED this 6th day of December, 2007.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Sonia Nayeri
Robert R. Berk
Donald L. Myles, Jr.
Sonia Nayeri
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Plaintiff

ORIGINAL electronically filed
this 6th day of December, 2007.

COPY mailed/e-mailed
this 6th day of December, 2007, to:

Richard A. Segal
GUST ROSENFELD, P.L.C.
201 E. Washington, Suite 800
Phoenix AZ 85004-2327
Attorneys for Defendant Payson Premier, LLC
rasegal@gustlaw.com

 /s/ Wendy Mungai