IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Certain Underwriters At Lloyds, London Subscribing to Policy Number PI0545075009,<br><br>Plaintiff,<br><br>vs.<br><br>Payson Premier, LLC d/b/a Rim Country Health and Retirement Community,<br><br>Defendant. | No. CV 07-01956-PHX-EHC<br><br>**ORDER** |

Plaintiff has filed a Voluntary Dismissal Without Prejudice (Dkt. 11). Defendant has not filed an Answer or Motion for Summary Judgment.

Pursuant to Fed.R.Civ.P. 41(a), "an action may be dismissed by the plaintiff without order of court ... by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs ..." Generally, dismissal is without prejudice. Rule 41(a)

Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice.

DATED this 27th day of December, 2007.

_____
Earl H. Carroll
United States District Judge